| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Tara Hindelang<br>Special Agent: Trevor Hilden | Telephone: (313) 226-9100<br>Telephone: (313) 226-6400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>D-1 Austin Ray SABB-VISGA and<br>D-2 Todd Alan SABB-VISGA | Case No.  Case: 2:23−mj−30259<br>Assigned To : Unassigned<br>Assign. Date : 6/23/2023<br>Description: RE: AUSTIN RAY<br>SABB−VISGA, TODD ALAN<br>SABB−VISGA (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2023__ in the county of __St. Clair__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2 | Conspiracy |
| 18 U.S.C. 2251(a) | Sexual exploitation of children |
| 18 U.S.C. 2252A(a)(5)(B) | Possess material that contains image of child pornograpy been mailed |
| 18 U.S.C. 2252A(a)(2) | Receive/distribute material that contains child pornograpjhy mailed/shipped |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Trevor Hilden, US Secret Service
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 23, 2023

_____
Judge's signature

City and state: Detroit, Michigan

Honorable David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Trevor Hilden, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the United States Secret Service and have been so employed since 2020. Prior to becoming a Special Agent, I was a Police Officer with the Secret Service for 4 years. I am a graduate of two federal law enforcement academies and have received extensive training in criminal investigations and the examination of evidence.

2. I am presently assigned to the Michigan Internet Crimes Against Children ("ICAC") Task Force, whose purpose is to investigate criminal statutes involving the sexual exploitation of children. I have received training in the area of child pornography and child exploitation and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media. I have been involved with investigations regarding child pornography and the exploitation of children through the Internet. I have received training on the execution of search warrants to seize items of evidence from residences, communication providers, and electronic devices, such as cell phones and computers.

3. The facts in this affidavit come from my personal observations, my training and experience and the training and experience of other agents, and information obtained from other investigators and witnesses. Because this affidavit is being

submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me about this investigation.

4. Based on the facts below, there is probable cause that in or around September 2022, Austin Ray SABB VISGA (XX-XX-1993) and Todd Alan SABB VISGA (XX-XX-1976) knowingly produced child pornography in violation of 18 U.S.C. §§ 2, 2251(a) (sexual exploitation of children, including conspiracy), that on or about June 18, 2023, Austin Ray SABB VISGA knowingly distributed child pornography in violation of 18 U.S.C. § 2252A(a)(2), and that on or about June 22, 2023, Austin SABB VISGA knowingly possessed child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

## PROBABLE CAUSE

5. In June 2023, investigators assigned to the Michigan ICAC Task Force received a National Center for Missing and Exploited Children (NCMEC) cyber-tip reported by a resident of Michigan. The cyber-tip reported that an individual was sexually assaulting children and sending videos of the abuse to others using an Internet-based social media messaging application.

6. In response to this tip, investigators met with the source of the tip on June 21, 2023, who stated that an individual he believes to be "Austin Ray SABB VISGA," whom he has known since 2018, sent him images of child pornography on June 18, 2023, via a social media application. The complainant specifically stated that Austin Ray SABB VISGA shared the images of child pornography on

2

Telegram, in an encrypted chatroom. The complainant stated that he received four to five files through Telegram, all but one of which contained a child approximately eight years in age engaged in various sex acts, including oral sex on Austin Ray SABB VISGA and anal penetration by Austin Ray SABB VISGA's husband, Todd Alan SABB VISGA. The image not involving the eight-year-old child was that of an infant male completely nude laying down. This image was sent with a Telegram message that read: "The last one is the new boy we babysit".

7. Investigators reviewed the contents of the complainant's phone including the June 18, 2023 conversation between himself and the user he believed to be Austin SABB VISGA. In one conversation, the suspect believed to be Austin SABB VISGA stated "had fun last night" and then said "sucked him and ate his ass then hubby did. Then they tied me up and raped my hole. He used a giant strap on." Investigators noted that this was a Telegram conversation, which investigators know through their experience is a social media messaging application that allows users to later delete images they sent during a text conversation, or to delete images they sent based on a pre-programmed timing feature. Further, it appeared to investigators that due to the nature of the conversation and what appears to be descriptions of content, that this chat originally contained images or videos.

8. On June 22, 2023, law enforcement executed a search warrant at the residence of Austin Ray SABB VISGA and his spouse Todd Alan SABB VISGA

3

in St. Clair County, in the Eastern District of Michigan. Both suspects were home at the time of the search warrant.

9. Investigators conducted an interview with Austin Ray SABB VISGA who stated he had sexual contact with a 12-year-old child in September 2022. Specifically, Ray SABB VISGA stated he received and performed oral sex on the child, as well as performed anal sex on the child. Austin Ray SABB VISGA further stated that his spouse also had received and performed oral sex with the child during this same time. Austin Ray SABB VISGA stated that he recorded these sexual encounters using his cell phone.

10. Investigators next interviewed Todd SABB VISGA who stated he had engaged in sex acts with the child, including performing and receiving oral sex from the 12-year old child. He also stated that he knew that these sexual acts were being recorded.

11. Further, investigators seized an iPhone from the home which Austin SABB VISGA stated was his personal phone. During a preliminary forensic analysis of the device, investigators observed numerous images and videos of child pornography, as defined in 18 U.S.C. § 2256. One of these images can be described as a video of a nude male child, approximately 7-years old, performing oral sex on an adult male. This video is 20 seconds in length and is digitally stamped March 3, 2023.

## CONCLUSION

12. Based on the information contained herein, I submit there is probable cause to believe that Austin Ray SABB VISGA (XX-XX-1993) and Todd Alan SABB VISGA (XX-XX-1976) knowingly produced child pornography in violation of 18 U.S.C. §§ 2, 2251(a) (sexual exploitation of children, including conspiracy), that on June 22, 2023, Austin SABB VISGA knowingly possessed child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B), and that on June 18, 2023, Austin Ray SABB VISGA knowingly distributed child pornography in violation of 18 U.S.C. § 2252A(a)(2). Accordingly, I ask the Court to issue a criminal complaint and arrest warrant for Austin Ray SABB VISGA (XX-XX-1993) and Todd Alan SABB VISGA (XX-XX-1976).

Respectfully submitted,

Trevor Hilden, Special Agent
United States Secret Service

Sworn to before me and signed in my presence and/or
by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date:   June 23, 2023

5